PAUL S. MOYNIHAN *v.* ESTATE OF JOHN MOYNIHAN

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 912 (AC 17034), is denied.

*Gordon A. Evans*, in support of the petition.

*William F. Gallagher*, in opposition.

Decided May 26, 1998

STATE OF CONNECTICUT *v.* WAYNE SMITH

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 906 (AC 17142), is denied.

*Robert J. McKay*, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided May 26, 1998

ROGER ROY *v.* UNITED TECHNOLOGIES
CORPORATION, PRATT AND WHITNEY
AIRCRAFT DIVISION, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 904 (AC 17230), is denied.

BORDEN, J., did not participate in the consideration or decision of this petition.

*Robert M. Fitzgerald*, in support of the petition.

*Jason H. Dodge*, in opposition.

Decided May 26, 1998